In the Matter of EBLING COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued October 18, 1940; decided November 19, 1940.

*David Vorhaus* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.